# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JVC KENWOOD USA CORPORATION

    PLAINTIFF(S)

v.

STRATTON SALES INC., et al.,

    DEFENDANT(S).

CASE NUMBER
1:24−cv−21967−CMA

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Stratton Sales Inc.**
**Stratton AV Corp.**

as of course, on the date July 18, 2024.

    **Angela E. Noble**
    CLERK OF COURT

    By  /s/ *Lisa Streets*
    Deputy Clerk

cc:  Chief Judge Cecilia M. Altonaga
      JVC Kenwood USA Corporation